MILTON S. SOMMERICH et al., Respondents, *v.* W. A. SQUIRE AND COMPANY, Appellant.

*Sommerich* v. *Squire & Co.*, 126 App. Div. 911, affirmed.
(Argued May 3, 1909; decided May 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1908, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of a contract of sale.

*John C. Rowe* for appellant.

*Frederick Wiener* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.